UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JORGE ESCOBEDO BRENA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-26-509-R |
| | ) | |
| UNITED STATES DISTRICT COURT, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In a prior order, the Court directed Petitioner to show cause as to why this action should not be dismissed as duplicative of an earlier-filed action pending before the undersigned. Petitioner did not file a response to the show cause order by the deadline. Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED this 9th day of April, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE