UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JORGE ESCOBEDO BRENA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-26-509-R |
| | ) | |
| UNITED STATES DISTRICT COURT, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with order entered March 18, 2026 and the order entered this same date, this action is dismissed without prejudice.

ENTERED this 9th day of April, 2026.

_____

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1